FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 1:40 pm, Jul 14, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| FERNANDO VIDAL GONZALEZ, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-34 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 8. Petitioner Fernando Gonzalez ("Gonzalez") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Gonzalez's 28 U.S.C. § 2241 Petition for failure to follow a Court Order, and **DENIES as moot** Respondent's Motion to Dismiss. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal

AO 72A
(Rev. 8/82)

and **DENIES** Gonzalez *in forma pauperis* status on appeal.

**SO ORDERED**, this 14 day of July, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)