AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FERNANDO VIDAL GONZALEZ,
           Petitioner,

           v.

TRACY JOHNS,
           Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV520-34

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 14th day of July 2020, adopting the Report and Recommendation of the Magistrate Judge, dismissing without prejudice Gonzalez's 28 U.S.C. § 2241 Petition, denying as moot Respondent's Motion to Dismiss, and denying Gonzalez in forma pauperis status on appeal. Judgment is hereby entered, and this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

July 20, 2020
Date

John E. Triplett, Acting Clerk
Clerk

Candy Asbell
(By) Deputy Clerk

